No. A–207. BRIMM v. UNITED STATES. C. A. 11th Cir. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. 8, Orig. ARIZONA v. CALIFORNIA ET AL. Motion for comments on the proposed decrees submitted by the State parties and the Solicitor General is granted, and the parties are allowed until November 10, 1983, within which to file comments. JUSTICE MARSHALL took no part in the consideration or decision of this order. [For earlier order herein, see, e. g., 462 U. S. 1146.]

No. 86, Orig. LOUISIANA v. MISSISSIPPI ET AL. Exceptions to the Report of the Special Master are set for oral argument in due course. [For earlier order herein, see, e. g., 463 U. S. 1204.]

No. 94, Orig. SOUTH CAROLINA v. REGAN, SECRETARY OF THE TREASURY. Motion of the City of Baltimore et al. for leave to file a brief as amici curiae granted. [For earlier order herein, see, e. g., ante, p. 807.]

No. 81–757. ALLEN v. WRIGHT ET AL.; and
No. 81–970. REGAN, SECRETARY OF THE TREASURY, ET AL. v. WRIGHT ET AL. C. A. D. C. Cir. [Certiorari granted, 462 U. S. 1130.] Motion of the Solicitor General for divided argument granted.

No. 82–687. UNITED STATES v. ARTHUR YOUNG & CO. ET AL. C. A. 2d Cir. [Certiorari granted, 459 U. S. 1199.] Motion of Arthur Andersen & Co. et al. for leave to participate in oral argument as amici curiae, for divided argument, and for additional time for oral argument denied. Motion of respondents for divided argument granted.

No. 82–708. SUMMA CORP. v. CALIFORNIA EX REL. STATE LANDS COMMISSION ET AL. Sup. Ct. Cal. [Certiorari granted, 460 U. S. 1036.] Motion of National Audubon Society et al. for leave to file a brief as amici curiae granted.